669 A.2d 877

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Lee BAKER, Appellant.**

Supreme Court of Pennsylvania.

Aug. 4, 1995.

## *ORDER*

PER CURIAM:

**AND NOW,** this 4th day of August, 1995, the Petition for Stay of Execution is hereby Denied without prejudice.

MONTEMURO, J., is sitting by designation.